UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Greensboro Division

| | |
|---|---|
| KENNETH GREGORY,<br>    Plaintiff,<br>v.<br>GENPACT SERVICES, LLC, et al.,<br>    Defendants. | )<br>)<br>)   Civil Action No. 15-cv-998<br>)<br>) |

## AFFIDAVIT OF SERVICE

The undersigned certifies that a copy of the *Summons and Complaint,* were served on Defendant, Genpact Services, LLC, in this case, and these documents were deposited in the Post Office for mailing by certified mail, return receipt requested, deliver to addressee only, on December 2, 2015, as follows:

> Genpact Services, LLC
> c/o National Corp Research Ltd
> Registered Agent
> 212 S Tryon St, Ste. 1000
> Charlotte, NC 27281-0001

And that process was in fact received on the 4th day of December, 2015, as evidenced by the attached return receipt.

This the 7th day of December, 2015.

OF COUNSEL:
HIGGINS BENJAMIN, PLLC
P O Box 20570
Greensboro, NC 27420-0570
Telephone (336) 273-1600
Facsimile (336) 274-4650
Email: jbloss@greensborolaw.com

John F. Bloss
N.C. State Bar No.: 23947
*Attorney for Plaintiff*

Sworn to and subscribed before me
this, the 7th day of December, 2015.

Lynnette Personius
Notary Public
My commission expires: 6/18/18



Gregory v. Genpact Services, LLC, et al — NCMD 15-998

**2. Article Number**

9414 7266 9904 2042 8426 36

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** (Extra Fee)  X ☐ Yes

**1. Article Addressed to:**

Genpact Services LLC
c/o National Corp Research Ltd
Registered Agent
212 S Tryon St
Ste 1000
Charlotte, NC 28281-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Tim Mayville
B. Date of Delivery: 12/4
C. Signature: X [signature]
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
  If YES, enter delivery address below:

**Reference Information**

Gregory

JFB

PS Form 3811, January 2005    Domestic Return Receipt

Case 1:15-cv-00998-LCB-LPA   Document 4   Filed 12/08/15   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court for the Middle District of North Carolina using its electronic filing system and the Defendants were served by depositing in the United States Mail, postage prepaid, and addressed as follows:

Genpact Services, LLC
c/o National Corporate Research, Ltd., Registered Agent
212 South Tryon Street, Ste. 1000
Charlotte, NC 28281-0001

Prasad Veerapaneni
3820 Courson Street
Marietta, GA 30066-8532

This the 8th day of December, 2015.

John F. Bloss
*Attorney for Plaintiff*

2

Case 1:15-cv-00998-LCB-LPA   Document 4   Filed 12/08/15   Page 3 of 3