UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| **KENNETH GREGORY,** | § § § |
| Plaintiff, | § § Case No. 15-998 |
| vs. | § § § |
| **GENPACT SERVICES, LLC, PRASAD VEERAPANENI,** and **JOHN DOES 1-10**, | § § JURY TRIAL DEMANDED § § § |
| Defendants. | § |

### CHRIS R. MILTENBERGER'S SPECIAL APPEARANCE

Chris R. Miltenberger makes a special appearance as counsel on behalf of Plaintiff. Mr. Miltenberger's address is:

The Law Office of Chris R. Miltenberger, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092
817-416-5060 phone
817-416-5062 fax
chris@crmlawpractice.com

Special Appearance
Page | 1

Case 1:15-cv-00998-LCB-LPA   Document 6   Filed 12/15/15   Page 1 of 2

Date: December 15, 2015  Respectfully submitted,

        **/s/ John F. Bloss**
        John F. Bloss
        North Carolina Bar Number: 23947
HIGGINS BENJAMIN, PLLC
101 W. Friendly Avenue, Suite 500
Greensboro, North Carolina 27401
376-243-1600 (office)
376-274-4650 (fax)
JBloss@greensborolaw.com

        **/s/ Chris R. Miltenberger**
        Chris R. Miltenberger
        Texas Bar Number: 14171200
The Law Office of Chris R. Miltenberger, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Admitted by Special Appearance

**Attorneys for Plaintiff**