IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No.: 1:15-cv-00998-LCB-LPA

| | | |
|---|---|---|
| KENNETH GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| GENPACT SERVICES, LLC, | ) | |
| PRASAD S. VEERAPANENI, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Michael D. DeFrank of Wyrick Robbins Yates &

Ponton LLP hereby enters his appearance as Counsel on behalf of Defendants Genpact

Services, LLC and Prasad S. Veerapaneni in the above captioned matter.

Respectfully submitted, this the 24th day of May, 2016.

WYRICK ROBBINS YATES & PONTON LLP

/s/ Michael D. DeFrank
Michael D. DeFrank
NC State Bar No. 32235
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
Email: mdefrank@wyrick.com

*Attorney for Defendants Genpact Services, LLC
and Prasad S. Veerapaneni*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, I caused a copy of the foregoing ***NOTICE OF APPEARANCE*** to be filed electronically using the Court's CM/ECF system which will automatically send notification of such filing to:

Chris R. Miltenberger, Esq.

John F. Bloss, Sr., Esq.

WYRICK ROBBINS YATES & PONTON LLP

/s/ Michael D. DeFrank
Michael D. DeFrank
NC State Bar No. 32235
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
Email: mdefrank@wyrick.com

*Attorney for Defendants Genpact Services, LLC and Prasad S. Veerapaneni*