UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No. 1:15-cv-00998-LCB-LPA

| | |
|---|---|
| KENNETH GREGORY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GENPACT SERVICES, LLC, | ) |
| PRASAD VEERAPANENI, | ) |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth Gregory and Defendants Genpact Services, LLC, Prasad Veerapaneni, and John Does 1-10 by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the action with prejudice. Each party shall bear his/its costs and attorney's fees.

Respectfully submitted, this the 7th day of July, 2016.

>/s/ John F. Bloss
John F. Bloss
N.C. Bar Number 23947

HIGGINS BENJAMIN, PLLC
101 W. Friendly Avenue, Suite 500
Greensboro, North Carolina 27401
376-243-1600 (office)
376-274-4650 (fax)
JBloss@greensborolaw.com

/s/ Chris R. Miltenberger
Chris R. Miltenberger
Texas Bar Number: 14171200

The Law Office of Chris R. Miltenberger, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Admitted by Special Appearance

*Attorneys for Plaintiff*

/s/ Samuel A. Slater
Samuel A. Slater
N.C Bar Number 43212

Wyrick Robbins Yates & Ponton, LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Tel: (919) 781-4000
Fax: (919) 781-4865
E-mail: sslater@wyrick.com

*Attorneys for Defendants Genpact Services, LLC, and Prasad Veerapaneni*

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 7, 2016 the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules. Electronic notice is sent to all counsel of record.


      By: **/s/ John F. Bloss**